EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 238 |
| | |
| Ovidio R. López Bocanegra | 203 DPR _____ |

Número del Caso:  TS-10,879


Fecha:  23 de diciembre de 2019


Abogado del peticionario:

    Lcdo. Carlos S. Dávila Vélez



Materia:  Reinstalación al ejercicio de la abogacía.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re:*


Ovidio R. López Bocanegra

          TS-10,879


RESOLUCIÓN


En San Juan, Puerto Rico, a 23 de diciembre de 2019.

Examinada la *Moción en cumplimiento de resolución* presentada por la parte promovida, y en vista de que el señor López Bocanegra ha cumplido con nuestra orden, se reinstala al abogado Ovidio R. López Bocanegra al ejercicio de la abogacía.

Además, se le informa la reactivación de sus quejas pendientes, es decir, la AB-2016-349, AB-2012-287, AB-2012-094 y AB-2011-096, para la continuación de su trámite ordinario.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres desea hacer constar que proveería no ha lugar en esta etapa y hasta que se adjudiquen primero las tres quejas pendientes en su contra.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina